1  Ryan Lee (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com

5  Attorneys for Plaintiff, STACEY ORTEGA



6/28/2011

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| STACEY ORTEGA, | Case No.: 5:11-cv-00456-EJD |
| Plaintiff, | **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE RESET TO JULY 1, 2011** |
| vs. | |
| EDISON PATRICK & ASSOCIATES, | |
| Defendant. | |

Ryan Lee, counsel for Plaintiff, STACEY ORTEGA, respectfully requests this Honorable Court allow his telephonic appearance for the Case Management Conference hearing scheduled for July 1, 2011 at 10:00 AM.

Counsel's office is located in Los Angeles, California and appearing by telephone will avoid the significant time and resources needed to secure travel and appearance for the present hearing. Further, as the statues for which Plaintiff seeks relief under (FDCPA and RFDCPA) contains a "fee-shifting" provision, allowing Plaintiff to avoid the significant costs and expenses of securing travel from Los Angeles, CA to San Jose, CA will allow the parties to work towards a mutual resolution of the case without a significant increase in the Plaintiff's attorneys' fees and costs and thus making informal resolution more likely.

- 1 -

**REQUEST FOR TELEPHONIC APPEARANCE**

RESPECTFULLY SUBMITTED,

DATED: July 24, 2010                    KROHN & MOSS, LTD.

                                          By: /s/ Ryan Lee
                                          Ryan Lee
                                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE BY MAIL**

I, Ryan Lee, an attorney, certify that I served a copy of Plaintiff's Request to Appear Telephonically to the Case Management Conference to the following address by FIRST CLASS MAIL:

Edison, Patrick & Associates
4446-1A HENDRICKS AVENUE
SUITE 375
JACKSONVILLE FL 32207

Dated: June 24, 2011                    /s/ Ryan Lee
                                                        Ryan Lee