Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
STACEY ORTEGA

*IT IS SO ORDERED*
*Judge Edward J. Davila*
9/1/2011

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| STACEY ORTEGA, | ) |
| Plaintiff, | ) **Case No.: 5:11-CV-00456-EJD** |
| v. | ) **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| EDISON PATRICK & ASSOCIATES, | ) |
| Defendant. | ) |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, STACEY ORTEGA, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

The Motion to Appear by Telephone (Docket Item No. 17) is terminated as MOOT, The Clerk shall close this file.

Dated: August 29, 2011               KROHN & MOSS, LTD.


                                     By:/s/Ryan Lee

                                     Ryan Lee
                                     Attorney for Plaintiff,
                                     STACEY ORTEGA

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **VOLUNTARY DISMISSAL** was sent via First Class Mail to the address below:

Edison, Patrick & Associates

1919 Blanding Blvd Ste 14

Jacksonville, FL 32218


Dated:  August 29,2011

                                  /s/ Ryan Lee_____

                                  Ryan Lee, Esq.
                                  Krohn & Moss, Ltd.
                                  10474 Santa Monica Blvd., Suite 401
                                  Los Angeles, CA  90025
                                  T: (323) 988-2400; F: (866) 583-3695
                                  rlee@consumerlawcenter.com

                                  Attorneys for Plaintiff,
                                  STACEY ORTEGA