Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
STACEY ORTEGA

**IT IS SO ORDERED**
*Judge Edward J. Davila*
9/1/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| STACEY ORTEGA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDISON PATRICK & ASSOCIATES, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 5:11-CV-00456-EJD <br><br> **VOLUNTARY DISMISSAL WITH PREJUDICE** |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, STACEY ORTEGA, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

The Motion to Appear by Telephone (Docket Item No. 17) is terminated as MOOT, The Clerk shall close this file.

Dated: August 29, 2011                                                      KROHN & MOSS, LTD.


                                                                            By:/s/Ryan Lee

                                                                            Ryan Lee
                                                                            Attorney for Plaintiff,
                                                                            STACEY ORTEGA

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **VOLUNTARY DISMISSAL** was sent via First Class Mail to the address below:

Edison, Patrick & Associates

1919 Blanding Blvd Ste 14

Jacksonville, FL 32218


Dated:  August 29,2011

                                /s/ Ryan Lee_____

                                Ryan Lee, Esq.
                                Krohn & Moss, Ltd.
                                10474 Santa Monica Blvd., Suite 401
                                Los Angeles, CA  90025
                                T: (323) 988-2400; F: (866) 583-3695
                                rlee@consumerlawcenter.com

                                Attorneys for Plaintiff,
                                STACEY ORTEGA